IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VERNON ROBERTS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:21-cv-406-JDK |
| TECHSERV CONSULTING & TRAINING, LTD., et al., | § § § § | |
| Defendants. | § § § | |

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

Before the Court is the parties' Joint Motion for Leave to File Confidential Settlement and Release Agreement Under Seal (Docket No. 17) and Joint Motion to Approve Confidential Settlement and Release Agreement & Dismiss Lawsuit with Prejudice (Docket No. 18).

The Parties have requested that the Court approve their settlement resolving Plaintiffs' claims under the Fair Labor Standards Act ("FLSA"). *See Bodle v TXL Mortg. Corp.*, 788 F. 3d 159, 165 (5th Cir. 2015) (settlement of FLSA claims generally requires Department of Labor supervision or court approval). The Parties submitted a copy of the Confidential Settlement and Release Agreement ("Agreement") under seal (Docket No. 19). Having reviewed the pleadings and the Agreement between the parties, the Court finds that this matter involved a bona fide dispute and that the parties consider their Agreement a fair and reasonable resolution of that dispute.

1

Accordingly, the Court hereby **APPROVES** the Confidential Settlement and Release Agreement. It is further **ORDERED** that the Joint Motion for Leave to File Confidential Settlement and Release Agreement Under Seal (Docket No. 17) is **GRANTED.** It is further **ORDERED** that the parties' Joint Motion to Approve Confidential Settlement and Release Agreement and Dismiss Lawsuit with Prejudice (Docket No. 18) is **GRANTED**. All of Plaintiffs' claims or causes of action in this action are **DISMISSED WITH PREJUDICE**, with costs of court being taxed against the party by which they were incurred.

All pending motions are **DENIED** as moot. The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **14th** day of **June, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE